UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 20-0590-TJH(KSx) | Date | MARCH 30, 2020 |

| | |
|---|---|
| Title | FAOUR A. FRAIHAT V. CHAD T. WOLF, ET AL., |

| | |
|---|---|
| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Court is considering Petitioner Fraihat's ex parte application for a temporary restraining order. Fraihat, or his counsel, shall file, as soon as possible, a supplemental declaration setting forth where and with whom Petitioner would reside and shelter in place if the Court were to grant the requested relief? After filing, a copy of the declaration shall be emailed to **TJH_Chambers@cacd.uscourts.gov**.

IT IS SO ORDERED.


cc: all parties